WCG

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
SEP 29 2025
FILED
Clerk of Court

INGRID JOHNSON, individually,

Plaintiff,

v. Case No. 25-C-1407

KARL REINKE, et al.,

Defendants.

---

# AMENDED COMPLAINT

Plaintiff Ingrid Johnson, proceeding pro se and in forma pauperis, alleges as follows:

---

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because Plaintiff brings claims arising under federal law, including conspiracy (18

U.S.C. § 371), obstruction of justice (18 U.S.C. § 1503), and retaliation against a federal whistleblower.

2. Venue is proper in this District under 28 U.S.C. § 1391 both by leave of and in aid to the fifth circuit and because a substantial part of the events giving rise to these claims occurred within the United States and involve defendants residing or operating within this District and elsewhere.

---

## II. PARTIES

3. Plaintiff Ingrid Johnson is a resident of the United States and the lawful custodial parent of an 11-year-old child.
4. Defendant Karl Reinke is an individual who defaulted in state civil court on May 14, 2025, and in federal court on August 19, 2025.
5. Defendant Erica Knauf Santos is an individual who defaulted in state civil court on June 21, 2025, and in federal court on August 26, 2025.
6. Additional defendants include public officials within King County Superior Court, prosecutors, clerks, and corporate actors who aided and abetted the conspiracy described below.

---

## III. FACTUAL ALLEGATIONS

7. Plaintiff lawfully sought custody enforcement after defaults entered against Reinke and Santos in both state and federal court.
8. Rather than return the child to Plaintiff, King County Superior Court staged sham proceedings after the defaults, generating fabricated Domestic Violence Protection Orders (DVPOs) and Temporary Restraining Orders (TROs) that were transmitted to the Seattle Police Department (SPD).
9. SPD, relying on these false papers, blocked Plaintiff from retrieving her child.
10. In August 2025, following the federal defaults, county officials and their corporate allies retaliated by issuing a fraudulent arrest warrant against Plaintiff, setting bail at $150,000, even though Plaintiff has never committed a crime.
11. Plaintiff was criminalized solely for attempting to enforce valid defaults and secure the return of her child.
12. The conspiracy includes state actors, prosecutors, clerks, and companies who provided material assistance. The purpose has been to (a) conceal the defaults of Reinke and Santos, (b) obstruct federal proceedings, and (c) retaliate against Plaintiff as a federal whistleblower.
13. Plaintiff's 11 year old has been kidnapped by his civilly and federally-defaulted abuser since April 25th 2025.

## IV. CLAIMS FOR RELIEF

COUNT I — CONSPIRACY (18 U.S.C. § 371)

13. Defendants entered into an agreement to conceal the child, fabricate court orders, and retaliate against Plaintiff.

14. Overt acts included sham hearings, fabricated DVPOs, fraudulent warrants, and coordination with SPD.

COUNT II — OBSTRUCTION OF JUSTICE (18 U.S.C. § 1503 and state analogues)

15. Defendants interfered with lawful judicial process by creating false orders and transmitting them to SPD, thereby impeding Plaintiff's access to her child and corrupting pending proceedings.

COUNT III — FRAUD UPON THE COURT

16. By fabricating DVPOs, TROs, and a warrant, defendants corrupted the integrity of King County proceedings and obstructed federal review.

COUNT IV — RETALIATION AGAINST WHISTLEBLOWER

17. Plaintiff has engaged in protected activity as a whistleblower in federal litigation. Defendants retaliated with false criminal charges, a fraudulent warrant, and excessive bail to silence and punish her.

## V. INJURIES

18. Plaintiff has suffered denial of custody, reputational harm, emotional distress, loss of liberty interests, and ongoing fear of arrest and indefinite incarceration.

19. These injuries were directly caused by the unlawful conspiracy, obstruction, fraud, and retaliation carried out by defendants.

---

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Recognize the defaults of Reinke and Knauf Santos as judicial admissions of liability;

b. Declare that the continued concealment of the child and the fabricated court orders constitute obstruction and fraud upon the court;

c. Enjoin defendants from further retaliation or enforcement of fraudulent warrants against Plaintiff;

d. Refer the matter for criminal investigation and sanctions against all actors, state and corporate, who aided and abetted the conspiracy;

e. Grant such other and further relief as the Court deems just and proper.

---

Respectfully submitted,

Dated: September 20th, 2025

Ingrid Johnson

Pro Se Plaintiff

C/O Carolynn Comstock

2507 Bryce Ct

Anacortes WA 98221